IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-01088-TPO

SPENCER MOORE,

    Plaintiff,

v.

IGNACIO CRUZ-MENDOZA and
MONIQUE TRUCKING, LLC,

    Defendants.

## MINUTE ORDER

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on October 31, 2025.**

    For good cause shown and noting that it is unopposed, Defendant's Motion for Enlargement of Time [ECF 20] is **granted**. The deadline for the Parties to complete and file the Magistrate Judge Consent Form [ECF 10] is **extended** to **December 15, 2025.**